UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM FLOWERS,

Plaintiff,

USDC Case No. 06-12849
Hon. Marianne O. Battani

vs.

CITY OF DETROIT, LANCE NEWMAN, JAMES FISHER, ANTHONY JACKSON, KURTISS STAPLES, and other unknown officers, in their individual and official capacities,

Defendants.
_______________________________________/

CHRISTOPHER J. TRAINOR (P-42449)
Attorney for Plaintiff
LAW OFFICE OF TRAINOR & TOOMBS
9750 Highland Road
White Lake, Michigan 48386
(248) 886-8650

JERRY L. ASHFORD (P-47402)
Attorney for Defendants City of Detroit, James Fisher and Anthony Jackson
City of Detroit Law Department
660 Woodward Avenue
1650 First National Building
Detroit, Michigan 48226
(313) 237-3089
_______________________________________/

**DEFENDANTS CITY OF DETROIT, JAMES FISHER, AND ANTHONY JACKSON'S ANSWER TO AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, JURY DEMAND, DEMAND FOR COMPULSORY JOINDER AND JACKSON'S JOINDER IN REMOVAL**

Defendants City of Detroit, James Fisher, and Anthony Jackson, by their counsel, answer Plaintiff's Complaint as follows:

1. Defendant denies the allegations of paragraphs 34, 35, 42, 44-47, 50-55, 58-60, 62-66, 68-72, 75-80, 82-88, 90-94, 96, and 97 of Plaintiff's Complaint.

2. Defendant denies having sufficient knowledge or information upon which to form a belief regarding the allegations of Paragraphs 1, 2, 4-6, 8-33, 36-41, 49 and 57 of Plaintiff's Complaint.

3. The allegations of paragraphs 61 and 74 constitute conclusions of law which do not require a response.

4. The assertions of paragraphs 7, 43, 48, 56, 67, 73, 81, 89, and 95 do not require a response because these paragraphs are used by Plaintiff for incorporation by reference or requests for relief.

5. Defendants admit the allegations of paragraph 3.

**WHEREFORE**, defendants, City of Detroit, James Fisher, and Anthony Jackson, respectfully demand dismissal of the Plaintiff's claims or judgment of no cause of action on those claims, together with attorney fees and costs wrongfully incurred.

SINCERELY,

CITY OF DETROIT LAW DEPARTMENT

S/ Jerry L. Ashford

JERRY L. ASHFORD (P-47402)
1650 First National Building
Detroit, Michigan 48224
(313) 237-3089

Dated: June 29, 2006

**AFFIRMATIVE DEFENSES**

Defendants City of Detroit, James Fisher, and Anthony Jackson, by their counsel, state the following as their following affirmative defenses:

**FIRST DEFENSE**

The defendant, City of Detroit, is protected from liability on the plaintiff's state-law claims by governmental or official immunity. At all relevant times the City of Detroit was a governmental agency, and all conduct set forth in Plaintiff's Complaint arose out of activities expressly and/or impliedly mandated or authorized by Constitution, Statute and/or law such that the same were and are governmental functions. The Detroit Police were engaged in the governmental function of law enforcement. MCLA 691.1407(2).

**SECOND DEFENSE**

The plaintiff has failed to state a claim against defendants upon which relief can be granted.

**THIRD DEFENSE**

Any injury suffered by plaintiff was proximately caused by his/her own negligence and other wrongdoing, including serious wrongdoing that gives rise to the wrongful-conduct defense as well as the comparative negligence defense.

**FOURTH DEFENSE**

The arrest, imprisonment, and prosecution of the plaintiff, if any, was supported by probable cause.

**FIFTH DEFENSE**

To the extent, if any, that the police officers or anyone acting at the direction of or in concert with the police officers used force against the plaintiff, each such person acted in self defense.

**SIXTH DEFENSE**

To the extent, if any, that the police officers or anyone acting at the direction of or in concert with the police officers used force against the plaintiff, each such use of force was privileged and lawful because the force was reasonably applied in the execution of a lawful arrest or in the lawful performance of other police duties.

**SEVENTH DEFENSE**

This defendant did not have or otherwise adopt any customs, policies and/or procedures which caused or otherwise were the moving force behind any constitutional violations alleged in Plaintiff's Complaint, nor did any such alleged customs, policies and/or procedures originate from a decision maker with final policy making authority. Further, this defendant did not ratify, accept and/otherwise condone any constitutional violations alleged in Plaintiff's Complaint. Finally, this defendant did not act with deliberate indifference as to known or obvious consequences with respect to the activities alleged in Plaintiff's Complaint and/or as to any constitutional violations, nor is there any widespread practice of constitutional violations and/or failure to take corrective action regarding the same.

**EIGHTH DEFENSE**

The applicable statutes of limitation lapsed prior to the filing of Plaintiff's Complaint with respect to some or all of Plaintiff's claims.

**NINTH DEFENSE**

Plaintiff failed to mitigate his damages.

**TENTH DEFENSE**

Any and all training and/or discipline provided by defendant prior to the incident alleged in Plaintiff's Complaint was adequate to the tasks the police officers, identified in Plaintiff's Complaint, were to perform. Moreover, in the event that there were any inadequacies, the same were not due to the deliberate indifference of this defendant. Finally, the alleged inadequacies were not the actual/proximate cause of Plaintiff's injury, nor did they cause the constitutional deprivation as alleged by Plaintiff.

**ELEVENTH DEFENSE**

Plaintiff has failed to join every legal and equitable claim arising from the incident central to the lawsuit.

**TWELFTH DEFENSE**

Vicarious/Respondeat Superior Liability is not available as a theory of liability.

**THIRTEENTH DEFENSE**

The Defendant City of Detroit's use of force, or fatal force, police policies have been found to conform to the constitutional requirements set forth in Garner v Tennessee, 471 US 1 (1985). See Berry v McLemore, 25 F3d 1342 (CA 6, 1994); Pleasant v Zamieski, 895 F2d 272, cert denied, 498 US 851 (CA 6, 1990).

**FOURTEENTH DEFENSE**

There was no state action involved in the incident alleged in Plaintiff's Complaint (The police officers did not act under color of law).

**RESERVATION OF ADDITIONAL DEFENSES**

Defendant City in the above captioned matter, by and through counsel, reserves the right to assert and file any affirmative and special defense which may become known by research, investigation, discovery proceedings in accordance with the rules and practices of this Court or otherwise. Further, Defendant does not waive any deficiency or omission in any pleadings filed by any other party to this suit regardless of when filed.

**WHEREFORE**, defendant, City of Detroit respectfully demands dismissal of the Plaintiff's claims or judgment of no cause of action on those claims, together with attorney fees and costs wrongfully incurred.

SINCERELY,

CITY OF DETROIT LAW DEPARTMENT

S/ Jerry L. Ashford

______________________________

JERRY L. ASHFORD (P-47402)
1650 First National Building
Detroit, Michigan 48224
(313) 237-3089

Dated: June 29, 2006

## DEMAND FOR COMPULSORY JOINDER OF CLAIMS

Defendants City of Detroit, James Fisher, and Anthony Jackson demand Plaintiff join in this action all claims Plaintiff may have against any Defendant arising from the subject matter of this action and which do not require for adjudication the presence of third parties over whom the court cannot exercise jurisdiction.

SINCERELY,

CITY OF DETROIT LAW DEPARTMENT

S/ Jerry L. Ashford

______________________________

JERRY L. ASHFORD (P-47402)
1650 First National Building
Detroit, Michigan 48224
(313) 237-3089

Dated: June 29, 2006

## JURY DEMAND

Defendant City of Detroit requests jury trial in this cause of action. Defendant reserves the right to withdraw its Jury Demand at any time prior to trial.

SINCERELY,

CITY OF DETROIT LAW DEPARTMENT

S/ Jerry L. Ashford

______________________________

JERRY L. ASHFORD (P-47402)
1650 First National Building
Detroit, Michigan 48224
(313) 237-3089

Dated: June 29, 2006

**APPEARANCE AND JOINDER IN REMOVAL ON BEHALF OF DEFENDANT ANTHONY JACKSON**

The undersigned appears as counsel for Defendant ANTHONY JACKSON. A copy of the Amended Complaint that was served on Defendants City of Detroit and James Fisher is the same as the copies of the Amended Complaint attached to the Notice of Removal of Civil action.

Defendant ANTHONY JACKSON hereby concurs and joins in the previously filed Notice of Removal of Civil Action.

Respectfully submitted,

CITY OF DETROIT LAW DEPARTMENT

S/ Jerry L. Ashford

Jerry L. Ashford (P-47402)
1650 First National Building
Detroit, MI 48226
(313) 237-3089

Dated: June 29, 2006

I hereby certify that on June 29, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to Christopher J. Trainor, Esq. And I hereby certify that I have caused the paper to be sent by electronic mail to the following non-ECF participants: n/a.

S/ Jerry L. Ashford (P-47402)
City of Detroit Law Department
660 Woodward Ave. - Suite 1650
Detroit, Michigan 48226
(313) 237-3089
ashfj@law.ci.detroit.mi.us