**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM FLOWERS,

Plaintiff,

v.

CASE NO: 06-12849
HON: MARIANE O. BATTANI
MAG. JUDGE MONA K. MAJZOUB

CITY OF DETROIT, LANCE NEWMAN, JAMES FISHER, ANTHONY JACKSON, KURTISS STAPLES, AND OTHER UNKNOWN OFFICERS,

Defendants.

_______________________________________________/

LAW OFFICE OF TRAINOR & TOOMBS
BY: CHRISTOPHER J. TRAINOR (P42449)
Attorney for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650

CITY OF DETROIT LAW DEPT.
JERRY .L. ASHFORD (P47402)
Attorney for Defendant Fisher
1650 First National Building
Detroit, MI 48226
(313) 237-3089

_______________________________________________/

**PLAINTIFF'S ANSWER TO AFFIRMATIVE DEFENSES OF DEFENDANTS CITY OF DETROIT, JAMES FISHER AND ANTHONY JACKSON**

**NOW COME** Plaintiff, WILLIAM FLOWERS, by and through his attorney, CHRISTOPHER J. TRAINOR, and in answer to Defendants City of Detroit, James Fisher and Anthony Jackson's Affirmative Defenses, denies all Defendants City of Detroit, James Fisher and Anthony Jackson's Affirmative Defenses leaving Defendants to their proofs.

**WHEREFORE**, Plaintiff, herein by and through his attorney, CHRISTOPHER J. TRAINOR, hereby prays this Honorable Court to dismiss each and every one of

Defendants City of Detroit, James Fisher and Anthony Jackson's Affirmative Defenses.

Respectfully submitted,
LAW OFFICE OF TRANOR & TOOMBS

s/ Christopher J. Trainor
CHRISTOPHER J. TRAINOR (P42449)
Attorney for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
Christopher.trainor@cjtrainor.com

Dated: July 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2006 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Jerry L. Ashford, Esq. and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

s/ Christopher J. Trainor
9750 Highland Rd.
White Lake, MI 48286
Phone: (248) 886-8650