# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM FLOWERS,
      Plaintiff,                  CIVIL ACTION NO. 06-CV-12849-DT

vs.

                                  DISTRICT JUDGE MARIANNE O. BATTANI

DETROIT, CITY OF, et al.,      MAGISTRATE JUDGE MONA K. MAJZOUB
      Defendants.
_____/

## ORDER FOR PARTIES TO SUPPLEMENT AMENDED LIST OF RESOLVED AND UNRESOLVED ISSUES

Plaintiff filed his Motion to Compel Depositions and Discovery on May 14, 2007. (Docket no. 29). Defendants responded on May 31, 2007. (Docket no. 34). The parties filed their Amended List of Resolved and Unresolved Issues on June 18, 2007. (Docket no. 37). Plaintiff's Motion to Compel raised issues regarding: (1) Plaintiff deposing Defendants; (2) Defendants' failure to respond to Plaintiff's Second Request for Production of Documents served on February 23, 2007; (3) Defendants' answers to Plaintiff's First Set of Interrogatories to Defendants; (4) Defendants' disclosure of their personnel files; and (5) Defendants' disclosure of citizen complaints against Defendants. The parties' Amended List of Resolved and Unresolved Issues reveals that Issue (1) regarding the Defendants' depositions and Issue (5) regarding the disclosure of citizen complaints have been resolved. The List does not address Defendants' alleged failure to respond to Plaintiff's Second Request for Production of Documents. The parties will supplement this List by stating whether Defendants' alleged failure to respond to Plaintiff's Second Request for Production of Documents is still an issue that must be resolved by the Court while ensuring that the Court is provided the substance of any response that has been made.

In addition, it is not clear on the third issue which specific Interrogatories Plaintiff is arguing Defendants have failed to answer or answer properly. Interrogatory numbers 3, 5, and 21 are cited in Plaintiff's Motion. The parties will identify all of the Interrogatories that are still at issue while ensuring that the Court has been provided the substance of these Interrogatories and the responses made to each.

Finally, it is not clear whether the disclosure of Defendants' personnel files is still an issue that the Court must resolve. The parties will state whether this is an issue that remains to be addressed while ensuring that the Court is supplied with the relevant discovery request and the substance of any response that has been made by Defendants.

**IT IS THEREFORE ORDERED** that the parties supplement their Amended List of Resolved and Unresolved Issues as set out above on or before 1:00 p.m. on Friday, June 22, 2007.

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: June 21, 2007         s/ Mona K. Majzoub
                             MONA K. MAJZOUB
                             UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: June 21, 2007         s/ Lisa C. Bartlett
                             Courtroom Deputy